

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2024

No. 04-24-00635-CV

**IN RE MBP REAL ESTATE INVESTORS XI, LLC, MBP TEXAS, LLC, CAS CHASE HILL, LLC, MGP CHASE HILL, LLC, BRADFIELD PLACE MBP III, LLC, & DEACON TEXAS PROPERTIES III, LLC.**

Original Proceeding[1]

## ORDER

In accordance with the opinion issued on this date, we GRANT Relators' Unopposed Motion to Dismiss Original Proceeding and DISMISS this original proceeding.

It is so **ORDERED** on October 2, 2024.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2022-CI-02235, styled *Ruby Ann Jeske v. MBP Real Estate Investors XI, L.L.C. d/b/a Skyvue Apartments, and Skylis Property Management L.L.C.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.